**Mrs. Judith B. EMORY, Plaintiff-Appellant,**

v.

**GEORGIA HOSPITAL SERVICE ASSOCIATION, Inc., etc., Defendant-Appellee.**

No. 71-2033

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 20, 1971.

Howell Hollis, Columbus, Ga., for defendant-appellee; Hatcher, Stubbs, Land, Hollis & Rothschild, Columbus, Ga., of counsel.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. *See* Local Rule 21.[1]

* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Co. of N.Y. et al., 431 F.2d 409, Part I (5th Cir. 1970).

1. *See* N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

Howard Moore, Jr., Peter E. Rindskopf, Atlanta, Ga., for plaintiff-appellant.